JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>                Plaintiff,<br><br>   vs.<br><br>The Swatch Group (U.S.) Inc., a Delaware Corporation,<br><br>                Defendant. | Case No. 8:20-cv-02422-JLS-JDE<br><br>**JUDGMENT** |

1  The Court, having issued an Order GRANTING Defendant The Swatch Group
2  (U.S.) Inc.'s ("SGUS") motion for summary judgment pursuant to Fed. R. Civ. P. 56,
3  and DENYING Plaintiff Brian Whitaker's ("Plaintiff") motion for summary
4  judgment (Summary Judgment Order, Doc. 56),

**IT IS HEREBY ADJUDGED AND ORDERED** that the above-captioned action is dismissed with prejudice and without leave to amend.

Date: August 5, 2022

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE